UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCUS GROSS,

                            Petitioner,                         20 **CIVIL** 7833 (CS)(PED)

                   -against-                                 **JUDGMENT**

JAMES JOHNSON, Acting Superintendent of
Green Haven Correctional Facility,

                           Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 31, 2022, the R&R is adopted as the decision of the Court. The Petition is dismissed. As the Petition makes no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:**  New York, New York
           October 31, 2022

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                            **Deputy Clerk**